**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

*Anthony Moore*

*Plaintiff*

_____

_____

_____

_____

(Enter above the FULL name and inmate
number of the **plaintiff** or plaintiffs in this action)

**COMPLAINT**

*Governor John Hoeven.*
*Leann K. Bertsch*
*Timothy Schuetzle*
*suing all in their*
*official and individual*
*capacities, et. al., Defendants,*

(Enter above the FULL name of each
**defendant** in this action)

(NOTE: If there is more than ONE plaintiff, a separate sheet should be attached giving the information
in part I and II below for EACH plaintiff, by name.)

    I.      Previous Lawsuits:

        A.      Have you begun other lawsuits in state or federal court dealing with the <u>same</u>
             <u>facts</u> involved in this action or have you filed any other lawsuits relating to your
             imprisonment? Yes (  ) No (X)

form-a.

B.    If your answer to A is Yes, please answer the questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1.    Parties to this previous lawsuit

Plaintiffs    _____
              _____

Defendants    _____
              _____

2.    Court (federal court, name the district; state court, name the county)

_____

3.    Docket Number

_____

4.    Name of judge to whom case was assigned

_____

5.    Disposition, if known. (for example, was the case dismissed, appealed, or still pending?)

_____

6.    Approximate date of filing lawsuit

_____

7.    Approximate date of disposition

_____

II.    Place of Present Confinement    *North Dakota State Penitentiary*

A.    Is there a prisoner grievance procedure in this institution? Yes ( X ) No (  )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( X ) No (  )

C.     If your answer is YES,
       1. What steps did you take?

*Grievances and appeals.*

       2. What was the result?

*Denied all grievances and appeals*

D.     If your answer is NO, explain why not

E.     If there is no prison grievance procedure in the institution, did you
       complain to prison authorities? Yes (   ) No (   )

F.     If your answer is YES,
           1. What steps did you take?

           2. What was the result?

III.   Parties
       (In item A below, place your name in the first blank and place your present address in the
       second blank. Do the same for additional plaintiffs, if any.)

A.     Name of plaintiff   *Anthony Moore*

       Address   *North Dakota State Penitentiary*

form-a.                                3

B.    Additional plaintiffs

_____
_____
_____
_____
_____

(In item C below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank. Use item D for the names,
positions, and places of employment of any additional defendants.)

C.    Defendant    *Governor John Hoeven.*

Official Position    *Governor.*

Place of Employment    *State Capitol.*

D.    Additional defendants    *Robert Heier, Fonda Whitelance. North Dakota Board of Social Workers, and Psychologist Directors. Tamara Auckendale, Shawn Code, Rick Hardy, Jean Sullivan, Steve Bement, Linda Buchner, Joseph Chariot, Evon Bohni, James Fogelson, Kathleen Buchmeier, Jeremy Smith, Gerald Vander Walle, Mary Maring, Carol Kapsner, Daniel Crothers, Charles Miller, Daniel Hovland, Karen Klein, Ralph Erickson, Paul W. Jacobson*

IV.    Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on
28 U.S.C. § 1343(c). Plaintiff(s) allege(s) that the defendant(s) acted under color of
state law with regard to the facts stated in part V of this complaint.

V.    Statement of Claim

(State here as briefly as possible the FACTS of your case. You MUST state exactly what each
defendant personally did, or failed to do, which resulted in harm to you.  Include also the names
of other persons involved (for example, other inmates) and state the date and place of all

form-a.                                    4

Part V Statement of the Claims.

(1) The North Dakota State Penitentiary Employees and Officials have opened My legal and privilege mail outside of my presence on Four separate occasions and they have refused to follow their policy on prisoner Incoming legal and or privilege mail. See attached exhibits A, B, C, D.

(2) The North Dakota State Penitentiary Employees and Officials have deprived me of Due Process by finding me guilty of Class a Incident reports with no evidence to support their conclusions on Two separate occasions. there is no evidence for an assau-

Page 1 of 18

Part V Continued

It, Disobeying a Verbal order, or that
I threw bodily fluids under another
prisoners cell door, see attached.
Exhibits E, F, G, H, V, J, K, L, M,
N.

(3) The North Dakota State Penitent-
iary Employees and officials have acted
with a Deliberate Indifference to
the plaintiffs serious Dental needs
by a refusal to treat me for excruciat-
ing pain and suffering in upper
right tooth and a refusal to re-
fill fillings that require to be
refilled immediately! see exhibit
N.

Page 2 of 18

(4) The North Dakota State Penitenti-
ary Employees and officials have depri-
ved the Plaintiff of Due Process by
finding the plaintiff guilty of Class
B, infraction reports with no eviden-
ce to support their Conclusions on
several occasions, see attached ex-
hibit O.

(5) The North Dakota Supreme Co-
urt Justices have deprived the plain-
tiff of Due Process by a Refusal
to file any of my Complaints that
I have submitted to the Court again-
st licensed attorneys. And the Court
has unconstitutionally ordered a
limitation and restriction on the
Complaints that the plaintiff files.

Page 3 of 18

see attached exhibits P, Q, R, S, T.

(6) Mr. Daniel Hovland, Mr. Charles Miller, Mr. Ralph Erickson and a Mrs. Karen Klein have unconstitutionally retaliated against the plaintiff through their pleadings because of the plaintiff submitting and filing complaints against Federal Judges namely against their colleagues judge associates. the plaintiff has engaged in protected conduct. an adverse action was taken and the actern was motivated by the plaintiffs protected conduct. see attached exhibits U, V.

Page 4 of 18

(7). Mr. John Holeven has placed the plaintiff in imminent danger of serious physical injury by continuing to allow the state employee subordinates to violate my constitutional rights. See attached exhibits

(8) The North Dakota State Supreme Court Justices Mr. Gerald Vande Walle Mr. Dale Sandstrom, Mrs. Carol Ronning Kapsner, Mr. Daniel J. Crothers, MRS. Mary Muehlen Maring have deprived the plaintiff of Due Process and equal protection denial by a refusal to file and rule on the plaintiffs motions, that he submitts to the Supreme Court. see attached exhibits W. X,

Page 5 of 18

(9). The North Dakota State Board of Social Workers and psychologist Board have deprived the plaintiff of Due Process and a denial of equal protection by a refusal to acknowledge, process and decide on any of the Complaints that I have submitted to both separate boards against a Mrs. Sandra Bender, Mrs. Lynn Koch and a Doctor Mark Hanson. I have filed Two separate Complaints against each individual mentioned above in the years of 2007, 2008 the Boards refuse to even, acknowledge, process and render a decision on the Complaints. I have mailed numerous

Page 6 of 18

follow up Correspondences inquering into the status of the complaints Both Boards have been unresponsive. see attached exhibit Y.

(10) The plaintiff (anthony Moore) is attempting to vindicate a constetution right violated by the Defendants y would be barred from the Court if title 28 Y.S.C. 1915(g) was applied, a dismissal should not Count against the plaintiff untel he has exhausted exhausted his apeals in the Eighth Circuit Court of appeals, even then, there are cir-cumstances that will still allow the plaintiff to advance and contend. forward. upon depletion of the

Page 7 of 18

Three strikes provision or a plaintiff bringing more than three lawsuits in forma pauperis. there are still exceptions.

(11) The North Dakota Supreme Court Justices Mr. Gerald Vande Walle, Mrs. Carol Ronning Kapsner, Mr. Daniel J. Crothers, Mrs. Mary Muehlen Maring have unconstitutionally retaliated against the plaintiff by ordering a limitation and restriction because of the plaintiff exercising his constitutional right to file and submit complaints against Licensend attorneys. the plaintiff has engaged in protected conduct, an adverse action was taken and the action was motivated by the plaintiffs protected conducted. see

Page 8 of 18

exhibits P through S,

(12) The North Dakota Supreme Court Justices Mr. Vande Walle, Mr. Crothers, Mr. Sandstrom, Mrs. Kapsner, Mr. Maring, Mr. John Hoeven (The Governor) Mr. Daniel Hovland, Mr. Charles Miller, Mrs. Karen Klein, Mr. Ralph Erickson and the North Dakota Board of Social Workers and psychologist Board have all deprived the plaintiff of Due Process and Equal protection denial, and violated the plaintiffs constitutional rights by allowing the North Dakota State Penitentiary Employees and Officials to Constantly Viola-

te the plaintiffs Constitutional rights - they all refuse to do anything. to "stop", prevent or compensate the plaintiff for relentless violations of the plaintiffs Constitutional rights. by the North Dakota State Penitentiary Employees and Offic ials - they are all allowing the Penitentiary Employees and Officials to do whatever as they very well please without Consequences or any subsequences. their unresponsiveness and inaction as well as their denials are done to inflict cruel punishment upon the plaintiff, and especially to make me suffer. they have all abused their authority and Discretion.

Page 10 of 18

(3) The North Dakota State Penitentiary I'm, denied daily access to the Law Library the plaintiff is denied access by a refusal to give me priveledges for June 16, 2008 see attached exhibits J, IV.

# Statement of the Facts

(1) The North Dakota State Penitent-
iary employees and officials have
conceded to opening up of my legal
mail outside of my presence on tw-
o occasions, see exhibits C, D.

(2) All administrative remedies
have been exhausted, see all attach-
ed exhibits.

(3) There is no evidence of a physical
assault, Disobeying a verbal order or
Disorderly Conduct, see exhibits E
through M, N, O, I, H, E.

(4) The North Dakota State Penitent-
iary employees and officials refuse
to provide me with any Dental
Services, see exhibit R.

Page 11 of 18

(5) The witnesses clearly state that they did not see me throw anything under Mr. allery's cell door, see exhibit O, J-L

(6) The North Dakota Supreme Court has court ordered a limitation and restriction on the complaints that I submit and or file, see exhibit P, Q, R, and the Supreme Court refuses to file any new complaints from the plaintiff against licensed attorneys,

(7) The plaintiff has submitted and filed in the United States Court of appeals for the Eighth Circuit several complaints against Mr. Daniel Hovland, Mr. Charles Miller

Page 12 of 18

Mr. Ralph Erickson, and a Mrs. Karen Klein, see exhibits U, V, and a Mr. Hovland refused to order that the case be transferred or and he disqualify himself from the case.

(8) The North Dakota Supreme Court refuses to rule on the plaintiffs Motions or even file, see attached exhibits W, X,

(9) The fourteenth amendment was designed to protect the civil rights of african americans against violations of and by the States.

(10) The North Dakota Supreme Court issued a limitation and restricting order after the plaintiff has filed

Page 13 of 18

Complaints that were processed, pend-
ing and decided on. see exhibits
P, Q,

# - Verification -

I, Anthony Moore hereby verifies that everything in the Complaint written by me is true. I declare under Title 28 U.S.C. 1746 and under perjury

Dated this 9th Day of June 2008

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota
58506-5521

Page 15 of 18

# Part VI Relief

(1) The plaintiff request Five thousand Dollars for his legal mail being opened outside of his presence on four occasions.

(2) For the claim of a Deliberate Indifference to the Plaintiffs serious Dental needs I request a Court order to be examined by a Federal Government Dentist and treated for painful tooth.

(3) For the claim of the Supreme Court the plaintiff request a Federal Court order vacating the Supreme Courts order limiting and restricting all complaents filed or submitted by me.

Page 16 of 18

# Part VI Relief Continued

(4) For the claim against the Federal Judge the plaintiff request Ten Thousand Dollars or a Transferr order to a Federal Prison to do the remainder of State sentence.

(5) For the Supreme Court not filing and refusing to rule on Motions of the plaintiffs I request Five Thousand Dollars.

(6) The claim against the Social Workers Board and Psychologist Board, a Court order is requested that they both respond promptly to all unresponded too Complaints or Five Thousand Dollars

Page 17 of 18

(7) The retaliation claim against the Supreme Court the plaintiff request Five Thousand Dollars.

(8) For claim number 12 the plain-tiff request a court order that he be transferred into Federal Custody to do the remainder of his time in a Federal prison.

Page 18 of 18

_____
_____
_____
_____
_____

VII.    Statement Regarding Assistance in Preparing this Complaint

    A.    Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes ( ) No (✗)

    B.    If your answer is YES, name the person who assisted you.

        _____

    C.    Signature of person who helped prepare complaint.

    _____    _____
            (Signature)                (Date)

VIII.    Signature(s) of Plaintiff(s)

Signed this _9th_ day of _June_ , 20 _08_ .

_Anthony Moore_

(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____

_____

_____

_____