In The United States District Court, Bismarck, North Dakota

Anthony Moore, Plaintiff ) Fourth
v. ) proposed
Governor John Hoeven ) amended
Et. al, ) Complaint.
)
Case No. 08-CV-050 )

The proposed amendments are: (1) The North Dakota State Penitentiary Employees and Officials have opened up my legal mail outside of my presence on five occasions and they have refused to follow their policy on prisoner incoming legal or privilege mail, see exhibits a. B, E, D. attached to the initial complaint, the fifth occasion was on or about around September 8, 2008. see lastest response from the Director of Correct-

Page 1 of 15

tions Grievance appeal Number (2008-362)

(2) The North Dakota State Penitentiary Employees and Officials have deprived the plaintiff of Due Process by finding the plaintiff guilty of class a incident reports with no evidence to support their conclusitas on seven separate occasions, there is no evidence to support the charges. Conclusions, see exhibits attached to all Complaints, the lastest class a incident reports are dated for September 15, 21, 2008 and are written by a Mr. Jason Brazell and a Nurse Brandi Heisler. These exhibits will be submitted to the Court during Summary Judgment phase.

(3) The North Dakota State Penitentiary Employees and Officials have deprived the plaintiff of Due process and Equal Protection of

Page 2 of 15

the Fourteenth amendment by finding the plaintiff guilty of Class B, infraction reports with no evidence to support their conclusions on three separate occasions. See exhibit O attached to the initial complaint. The lastest Class B infraction report is by a Jason Brazell and is dated for September 16, 2008. the codes are B-8 B-9 these exhibits will be submitted during Summary Judgment phase.

(4) The North Dakota State Penitentiary Employees and Officials have deprived the plaintiff of Due Process and Equal Protection of the Fourteenth amendment by a refusal to provide the plaintiff with Notice of the Due Process Disciplinary Hearing for June 6, 2008 see exhibits L, M, to the initial Complaint.

Page 3 of 15

(5) The North Dakota State Penitentiary Employees and Officials have deprived the plaintiff of Due Process and Equal Protection of the Fourteenth amendment by a refusal to call any of the plaintiff's requested witnesses for their testimony on a Class u incident report to dis prove the charges, see incident report by a Jason Brazell dated for September 21, 2008

(6) The North Dakota State Penitentiary Infirmary Department and Merit Care Hospital in Fargo North Dakota, Family Health Care Center also in Fargo, North Dakota and Pathology Consultants P.C, in Bismarck, North Dakota, have all acted with a Deliberate indifference in medical treatment and services to the plaintiffs serious

Medical needs by deliberately falsifying the plaintiffs stool sample results, that the plaintiff submitted on August 11, and August 21, 2008, the stool sample of the plaintiffs was not properly tested for Giardi Lamblia (Parasites) on either separate occasion. the stool sample of the plaintiffs was not properly tested or replaced with someone else's stool sample or the plaintiffs stool sample submitted in a container was sent to the Laboratory empty for testing thus resulting in a negative reading. They are all in a partnership of scheming, and have thus acted with a Deliberate Indifference. Their Malfeasance has also violated the Cruel and Unusual Clause of the Eighth Amendment Punishment Clause, their conduct also violates Due Process and Equal Protection of the Fourteenth Amendment.

The plaintiff is currently suffering with the following symptoms of: Colic, Cramping followed up by Diarrhea, Vomiting, persistent Fatigue, Bloating, Gas, usually when the plaintiff is experiencing symptoms as the ones mentioned above he has Giardi Lamblia. Both sets of Laboratory results, records are false. The Defendants are falsifying stool sample records as a means to not and keep from treating me.

(7) The North Dakota State Penitentiary Employees and Officials are violating the cruel and unusual punishment clause of the Fourteenth amendment, Eighth amendment, Committing conspiracy, by manufacturing class A and B, incident, infraction reports as a means to involuntary force prescription medication upon the plaint-

iff and as a means to needlessly, maliciously, keep the plaintiff in the administrative segregation Department, these acts also violates the Equal Protection Clause of the Fourteenth Amendment.

(8) The North Dakota State Penitentiary Employees and Officials are Deliberately keeping the plaintiff in the administrative Segregation Department, to inflict Cruel and unusual punishment upon the plaintiff. The plaintiff is currently suffering from excruciating pain in lower back, knees, joints, and in entire body atrophy. The plaintiffs condition has gotten worse, the plaintiff has been in the administrative segregation Department since September 26, 2006 the plaintiff is entirely to inactive 23

hours out of a 24 hour period day. see exhibits attached to all complaints

(9) Mr. John Hoeven has placed the plaintiff into imminent danger of serious physical injury by to continuing to allow the penitentiary State Employees and State Employee and Official Subordinates to violate the plaintiffs Constitutional rights, the Governor is allowing the State Employees to do to the plaintiff any- thing that they so desire. He has been totally unresponsive to my Letter of Complaints against appointed Elected Officials. Mr. Hoeven's Conduct violates the plaintiffs Eighth and Fourteenth amendment rights, see all attached exhibits, to all complaints, Mr. Hoeven

has also placed the plaintiff into imminent danger by not transferring the plaintiff to an out of state facility, State or Federal, due to the relentless violations of the plaintiffs Constitutional rights.

(10) The North Dakota Board of Social Workers and Psychologist Board have deprived the plaintiff of Due Process and a denial of Equal Protection by a refusal to process any of the complaints that the plaintiff submitted to both separate Boards against a Mrs. Sandra Bender, Mrs. Lynn Koch, and a Mr. Mark Harlow. I have filed two separate complaints against each individual in the year of 2007, 2008 the Boards refuse to process. I have mailed numerous

follow up correspondences inquiring into the status of the complaints. Both Boards have been unresponsive see attached exhibit Y to the initial complaint.

(11) Mr. Daniel Hovland, Mr. Charles Miller, Mr. Ralph Erickson, Mrs. Karen Klein have all unconstitutionally retaliated against the plaintiff through their court orders because of the plaintiff submitting and filing complaints against them and against their judge associates in the Federal system, the plaintiff has engaged in protected conduct. An adverse action was taken against the plaintiff, the action was motivated by the plaintiffs protected conducted. See exhibits U, V, to the initial complaint

(12) The North Dakota Supreme Court Justices Mr. Vande Walle, Mr. Sandstrom, Mr. Crothers, Mrs. Maring, Mrs. Kapsner have all deprived the plaintiff of Due Process and a denial of Equal Protected of the Fourteenth amendment by a refusal to file any of the plaintiffs complaints that has been submitted against licensed attorneys and the Court has unconstitutionally ordered a limitation and restriction on all complaints that the plaintiff attempts to file, see attached exhibits P, Q, R, S, T,

(13) The North Dakota Supreme Court Justices have unconstitutionally retaliated against the plaintiff by ordering a restriction and limitation period on the complaints that the plaintiff files because of the

plaintiff exercising his First amendment right to petition the Court for a redress of grievances, the plaintiff has engaged in protected Conduct, and an adverse action was taken against the plaintiff and the action was motivated by the plaintiff's protected Conduct, see Exhibits "P, Q, R, S, T," attached to the initial Complaint.

— Verification —

I Anthony Moore, hereby verifies that everything written in the Complaint is true. I declare under penalty of perjury and under Title 28, U.S.C. 1746.

Anthony Moore
October 3, 2008

Page 12 of 15

Statement of the Facts.

The Statement of the Facts are contained in the exhibits and also in the Complaints. See all.

Relief Sought:

(1) Claim One the plaintiff request 5,000 dollars.

(2) Removal order to another facility. Outside of the Five State area. for Claim Two

(3) Claims Three the plaintiff request 2,500 dollars from Mr. Jason Drazell Due to the report being dismissed due to insufficient of evidence.

(4) Claim Four the plaintiff 5,000 dollars

(5) Claim Five a Court order that my requested witnesses be Called for their testimony. or One Thousand Dollars.

(6) a physical examination be conducted by a Federal Medical Center and the plaintiff treated.

(7) Claim Seven the plaintiff request a Removal order. or a court order that the plaintiff cannot be forced to take medication

(8) Claim Eighth the plaintiff request a Court order that he be released from the administrative Segregation Department or transferred to a Federal Facility.

(9) Claim Nine, the plaintiff request a Removal order. to another facility immediately

(10) Claim Ten is that the plaintiffs Complaints be responded to or 5,000 dollars be payed to the plaintiff

Page 14 of 15

Thirteen
(11) Claim Eleven and Twelve the plaintiff request a order vacating the Supreme Court's order and Twenty-Five Thousand Dollars.

(12) any other relief that the Court deems feasible.

(13) For Claim Eleven the plaintiff request 25,000 dollars from all four Judges.

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

October 3, 2008

Page 15 of 15